**DISMISS; and Opinion Filed April 24, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01638-CV

**WILLOW BEND COMMERCIAL PROPERTIES, LTD., ET AL., Appellants**

**V.**

**PARAGON GENERAL CONTRACTORS, INC., ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-12931**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Bridges and Lang-Miers
Opinion by Justice Lang-Miers

The clerk's record in this case is overdue. By order dated January 15, 2014, we granted appellants' motion to extend time to file the clerk's record and ordered the record filed by February 14, 2014. By letter dated February 18, 2014, we informed appellants that we had been notified by the Dallas County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellants had not paid for or made arrangements to pay for the clerk's record. We directed appellants to provide the Court with written verification that they had paid for or made arrangements to pay for the clerk's record within ten days. We cautioned appellants that if we did not receive the required verification, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, and appellants have not provided the required verification or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 37.3(b); 42.3(b), (c).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

131638F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLOW BEND COMMERCIAL
PROPERTIES, LTD., ET AL., Appellants

No. 05-13-01638-CV        V.

PARAGON GENERAL CONTRACTORS,
INC., ET AL., Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-06-12931.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and  Justice Bridges
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees PARAGON GENERAL CONTRACTORS, INC., JONES & BOYD, INC., AND GARY MORGAN WILLIAMS/ARCHITECT recover their costs of this appeal from appellants WILLOW BEND COMMERCIAL PROPERTIES, LTD., WILLOW BEND COMMERCIAL MANAGEMENT, LLC, AND R.D.BEOUGHTER, DDS, PA, D/B/A/ WILLOW BEND DENTAL.

Judgment entered this 24th day of April, 2014.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE